IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID MITCHELL,

Plaintiff,

vs.

COUNTY OF DOUGLAS, a Nebraska
Political Subdivision; DONALD W.
KLEINE, in his individual and official
capacity as Douglas County Attorney;
DOUGLAS COUNTY ATTORNEY'S
OFFICE, GARY OLSON, Deputy
Douglas County Attorney, individually
and collectively in their official capacity;
KATI KILCOIN, Deputy Douglas County
Attorney, individually and collectively in
their official capacity; DARA DELEHANT,
Deputy Douglas County Attorney,
individually and collectively in their
official capacity;  UNKNOWN
MEMBERS OF DOUGLAS COUNTY
SHERIFF'S OFFICE, individually and
collectively in their official capacity;  THE
CITY OF OMAHA, a Municipal
Corporation; ROBERT WILEY, in his
individual and official capacity as a
detective of the Omaha Police
Department; JONATHAN A. ROBBISH,
in his individual and official capacity as a
Sergeant in the Omaha Police
Department Burglary Division; TRISHA
DUNWOODY, in her individual and
official capacity with the Omaha Police
Department Burglary Division; SHAWN
PEARSON, in his individual and official
capacity as a Detective with the Omaha
Police Department Burglary Division;

8:23CV332

ORDER ON PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE
A RESPONSIVE PLEADING

CHRISTOPHER LEGROW, in his official
and individual capacity as a Detective
with the Omaha Police Department;
ALEXIS BOULTS, individually and in her
official capacity as a CVSA with the
Omaha Police Department; DION
SMITH, individually and in his official
capacity with the Omaha Police
Department; THAD TROSPER,
individually and in his official capacity
with the Omaha Police Department;
PATRICK C. MCGEE, Deputy Douglas
County Attorney, individually and
collectively in their official capacity; and
UNKNOWN DDCA, Deputy Douglas
County Attorney, individually and
collectively in their official capacity;

               Defendants.

---

On February 7, 2024, Plaintiff David Mitchell filed a pro se motion (Filing No. 36) for an extension of time to respond to the pending Motions to Dismiss. (Filing No. 25 and No. 27). Mr. Mitchell is represented by attorney Michael Cannon. Mr. Mitchell represented to the Court in his motion that Mr. Cannon passed away on December 31, 2023.

The Court now grants Mr. Mitchell's Motion for Extension of Time and orders as follows:

1)     On or before **March 7, 2024**, Mr. Mitchell shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

2)     On or before **March 28, 2024**, Mr. Mitchell, or his counsel of record, shall respond to the pending Motions to Dismiss. (Filing No. 25 and No. 27).

Dated this 8th day of February, 2024.

BY THE COURT:


*s/ Jacqueline M. DeLuca*
United States Magistrate Judge