# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1839
_____

David Mitchell, II

Plaintiff - Appellant

v.

Douglas County, a Nebraska Political Subdivision; Donald W. Kleine, in his individual and official capacity as Douglas County Attorney; Douglas County Attorney's Office; Gary Olson, Deputy Douglas County Attorney, individually and collectively in their official capacity; Kati Kilcoin, Deputy Douglas County Attorney, individually and collectively in their official capacity; Dara Delehant, Deputy Douglas County Attorney, individually and collectively in their official capacity; Unknown Members of Douglas County Sheriff's Office, individually and collectively in their official capacity; The City of Omaha, a Municipal Corporation; Robert Wiley, in his individual and official capacity as a detective of the Omaha Police Department; Jonathan A. Robbish, in his individual and official capacity as a Sergeant in the Omaha Police Department Burglary Division; Trisha Dunwoody, in her individual and official capacity with the Omaha Police Department Burglary Division; Shawn Pearson, in his individual and official capacity as a Detective with the Omaha Police Department Burglary Division; Christopher LeGrow, in his official and individual capacity as a Detective with the Omaha Police Department; Alexis Boults, individually and in her official capacity as a CVSA with the Omaha Police Department; Dion Smith, individually and in his official capacity with the Omaha Police Department; Thad Trosper, individually and in his official capacity with the Omaha Police Department; Patrick C. McGee, Deputy Douglas County Attorney, individually and collectively in their official capacity; Unknown DDCA, Deputy Douglas County Attorney, individually and collectively in their official capacity

Defendants - Appellees
_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cv-00332-BCB)
_____

**JUDGMENT**

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court. See 8th Cir. Rule 47A(a).

February 05, 2025

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Maureen W. Gornik