# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1839

David Mitchell, II

Appellant

v.

Douglas County, a Nebraska Political Subdivision, et al.

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cv-00332-BCB)

---

## MANDATE

In accordance with the opinion and judgment of February 5, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 26, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit